UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL HUSSA, : | |
| : | |
| Plaintiff : | |
| : | NO. 3:CV-07-1030 |
| -vs- : | |
| : | (Judge Kosik) |
| : | |
| PENN'S WOODS GIRL SCOUT : | |
| COUNCIL t/d/b/a/ GIRL SCOUTS : | |
| OF PENN'S WOODS COUNCIL, GIRL : | |
| SCOUTS OF PENN'S WOODS : | |
| COUNCIL, INC., and GIRL : | |
| SCOUTS IN THE HEART OF : | |
| PENNSYLVANIA, : | |
| : | |
| Defendant : | |

## **ORDER**

AND NOW, this 23rd day of October, 2007, upon consideration of the within defendants' motion to dismiss and supporting brief, and upon consideration of plaintiff's failure to file any opposition to the motion, M.D.Pa. Local Rule 7.6,

IT IS HEREBY ORDERED that defendants' motion to dismiss Count Three of the complaint pursuant to Rule 12(b)(6) is granted, and Count Three of plaintiff's complaint is dismissed.

*s/Edwin M. Kosik*
United States District Judge